UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY

RECEIVED-CLERK
U.S. DISTRICT COURT

2004 DEC 14 P 2: 24

KASHMIRA Y PATEL
106 STRULL CT
BRIDGEWATER NJ 08807-5544

PLAINTIFF(S)

- vs -

CIVIL NO. 04-6216(GEB)

JOHN E POTTER
PMG USPS AGENCY
475, L'ENFANT PLAZA, WASHINGTON, D.C.

DEMAND FOR TRIAL BY JURY

YES ☐ NO ☒
(CHECK ONE BOX ONLY)

RECEIVED

DEC 14 2004

AT 8:30 ____ M
WILLIAM T. WALSH
CLERK

COMPLAINT

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5 (g).

2. Plaintiff(s) resides at 106, STRULL COURT
Street Address

BRIDGEWATER, SOMERSET, NJ
City, County, State

(908) 253 0732
Phone Number

3. Defendant(s) lives at, or its business is located at 475 L'ENFANT PLAZA
Street Address

WASHINGTON DC, ____________, ____________,
County State

____________.
Phone Number

4. Please state the address at which you sought employment PRINCETON,
City

____________, NEW JERSEY.
County State

5. State as nearly as possible when the discriminatory acts occurred:

17th, JANUARY, 2003.
Day Month Year

5a. If practice is continuing check the appropriate box:

____________ YES ____________ NO

6. State as nearly as possible when you filed charges with the N.J. Division on Civil Rights regarding defendant's alleged discriminatory conduct:

____________, ____________, ____________.
Day Month Year

7. State as nearly as possible when you filed charges with the Equal Employment Opportunity Commission regarding defendants alleged discriminatory conduct: 30,
Day

SEPTEMBER, 2003.
Month Year

8. The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to Sue letter which was received by you on

24, SEPTEMBER, 2005.
Day Month Year

(Note: Please attach Notice-of-Right-to Sue letter to this Complaint)

9. The acts complained by you, in this suit, concern:

A. ________ Failure to employ you.

B. ___✓___ Termination of your employment.

C. ________ Failure to promote you.

D. ________ Other acts (please specify) ____________________

10. Defendant's conduct is discriminatory with respect to which of the following:

A. ___✓___ Your race

B. ___✓___ Your Color

C. ___✓___ Your Sex

D. ___✓___ Your Religion

E. ___✓___ Your National Origin

11. A Copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of your claim.

12. If relief is not granted, plaintiff will be irreparably denied rights secured by the Title VII of the Civil Rights Act of 1964, as amended.

13. Plaintiff(s) has no adequate remedy at law to redress the wrongs described above.

WHEREFORE, Plaintiff(s) prays (check appropriate letter(s) as follows):

A. ________ That all fees, costs or security attendant to this litigation be hereby waived pursuant to affidavit of indigence submitted herewith.

B. ✓ That the Court grant such relief as may be appropriate, including injunctive orders, damages and costs.

C. ________ That a trial by jury is/is not hereby demanded by the plantiff.
(Circle one)

K.Y. Patel
SIGNATURE OF PLAINTIFF



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Office of Federal Operations**
**P.O. Box 19848**
**Washington, D.C. 20036**

RECEIVED-CLERK
U.S. DISTRICT COURT

2004 DEC 14 P 12: 13

Kashmira Patel,
Complainant,

v.

John E. Potter,
Postmaster General,
United States Postal Service,
Agency.

Appeal No. 01A44274

Agency No. 4A-088-0037-03

Hearing No. 170-2004-00223

DECISION

Pursuant to 29 C.F.R. § 1614.405, the Commission accepts the complainant's appeal from the agency's final order in the above-entitled matter. Complainant alleged that the agency had discriminated against her on the bases of race (Asian), sex (female), religion (Hindu), and color (Brown) when on December 10, 2002, complainant was issued a Notice of Removal, effective January 17, 2003.

After a review of the record in its entirety, including consideration of all statements submitted on appeal, it is the decision of the Equal Employment Opportunity Commission to affirm the agency's final order, because the Administrative Judge's issuance of a decision without a hearing was appropriate and a preponderance of the record evidence does not establish that discrimination occurred.

STATEMENT OF RIGHTS - ON APPEAL

RECONSIDERATION (M0701)

The Commission may, in its discretion, reconsider the decision in this case if the complainant or the agency submits a written request containing arguments or evidence which tend to establish that:

1. The appellate decision involved a clearly erroneous interpretation of material fact or law; or

2. The appellate decision will have a substantial impact on the policies, practices, or operations of the agency.

Requests to reconsider, with supporting statement or brief, must be filed with the Office of Federal Operations (OFO) **within thirty (30) calendar days** of receipt of this decision or **within twenty (20) calendar days** of receipt of another party's timely request for reconsideration. *See* 29 C.F.R. § 1614.405; Equal Employment Opportunity Management Directive for 29 C.F.R. Part 1614 (EEO MD-110), 9-18 (November 9, 1999). All requests and arguments must be submitted to the Director, Office of Federal Operations, Equal Employment Opportunity Commission, P.O. Box 19848, Washington, D.C. 20036. In the absence of a legible postmark, the request to reconsider shall be deemed timely filed if it is received by mail within five days of the expiration of the applicable filing period. *See* 29 C.F.R. § 1614.604. The request or opposition must also include proof of service on the other party.

Failure to file within the time period will result in dismissal of your request for reconsideration as untimely, unless extenuating circumstances prevented the timely filing of the request. Any supporting documentation must be submitted with your request for reconsideration. The Commission will consider requests for reconsideration filed after the deadline only in very limited circumstances. *See* 29 C.F.R. § 1614.604(c).

COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (S0900)

You have the right to file a civil action in an appropriate United States District Court **within ninety (90) calendar days** from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work. If you file a request to reconsider and also file a civil action, **filing a civil action will terminate the administrative processing of your complaint.**

RIGHT TO REQUEST COUNSEL (Z1199)

If you decide to file a civil action, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. *See* Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*; the Rehabilitation Act of 1973, as amended,

29 U.S.C. §§ 791, 794(c). **The grant or denial of the request is within the sole discretion of the Court.** Filing a request for an attorney does not extend your time in which to file a civil action. Both the request and the civil action must be filed within the time limits as stated in the paragraph above ("Right to File A Civil Action").

FOR THE COMMISSION:

Carlton M. Hadden, Director
Office of Federal Operations

SEP 16 2004
Date

CERTIFICATE OF MAILING

**For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was mailed. I certify that this decision was mailed to complainant, complainant's representative (if applicable), and the agency on:**

SEP 16 2004
Date

Equal Opportunity Assistant

Name Of Court

United States District Court
District of New Jersey

Title Of Action: Against Federal Agency

~~Your name~~, Kashmira Y. Patel
Plaintiff

Civil Action NO. ______

-VS-

John E. Potter
Post Master General
USPS Agency

PARTIES

Kashmira Y. Patel
106, Strull St. Plaintiff
Bridgewater
NJ 08807-5544

John E. Potter Defendant
PMG USPS
Agency
475 L'ENFANT PLAZA
WASHINGTON, D.C.

Jurisdiction

Complainant's right to file a Civil Action (50900)

Cause of Action

The princeton Post office terminated when I was treated for the on job injury claiming that I was untruthful on my job application.

Demand

I wish to be returned to my postal job with back pay and seniority considering my injury and bodily damage

COMPLAINT

My name is Kashmira Y Patel a resident of Bridgewater NJ. I used to work for Princeton Post Office as a PTF carrier on July 23, 2002 I was injured on the job claimed the injury on July 26, 2002 filing CA-1 started getting treatment during this time Management started investigating in my case and they make allegations that I had previous injury in my back and I was untruthfull on my medical questionair for Job application and they decided to remove me effective January 17, 2003. I filled an EEO complaint which was handled loosely and decision was giving in the favour of Agency (USPS) with a right to file a Civil Action (SO900). All I want to say a great injustice been done to me and caused me lots of hardship financially, mentally and socially too. I looking forward for justice and truth to come out I can prove that the allegation made against me are totally wrong and unjust I request the court to hear me and then deliver its judgement. This is my complaint and I beleive is true to best of my knowledge

K.Y. Patel
(Kashmira Y. Patel)